732 A.2d 1200

**In the Matter of James Felix GERONIMO.**

Supreme Court of Pennsylvania.

July 8, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 8th day of July, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated May 17, 1999, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.